IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01863-PAB-MJW

PATRICIA LUSTYIK-STOCK,

Plaintiff,

v.

UNITED STATES OF AMERICA,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that plaintiff's Unopposed Motion to Stay Proceedings and Vacate Upcoming Scheduling Conference (Docket No. 6) is GRANTED for good cause shown.  The Scheduling Conference set for September 12, 2013 at 10:00 a.m. is VACATED.

     It is FURTHER ORDERED that this matter is STAYED.  Plaintiff shall file a status report, on or before the 1st of each month, beginning on October 1, 2013.

Date: September 9, 2013